**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **VERNON SCOTT** | **CIVIL ACTION NO: 2:18-CV-14200** |
| **VS.** | **SECTION "G"** |
| **AHP LP7 METAIRIE, LLC,**<br>**ET AL** | **MAGISTRATE 5** |

_____

## <u>FIRST SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES</u>

**NOW INTO COURT**, comes petitioner, VERNON SCOTT, who desires to supplement and amend his petition as follows:

I.

Also made defendant herein is PAH MANAGEMENT, LLC, a foreign company authorized to do and doing business in the Parish of Orleans, State of Louisiana.

II.

At the time of the accident which forms the basis of this lawsuit defendant, PAH MANAGEMENT, LLC was the hotel's management company.  Further, PAH MANAGEMENT, LLC was the employer of all hotel personnel at the hotel at the time of this accident.

As such, PAH MANAGEMENT, LLC is vicariously liable for the acts and/or omissions of negligence of its employees.

III.

Petitioner re-avers and re-alleges all of the allegations contained in his original petition.

**WHEREFORE**, petitioner prays that she be allowed to file this First Supplemental and Amending petition and after due proceeding had there be judgement in favor of the plaintiff and against defendants, AHP LP7 METAIRIE, LLC, EVEREST NATIONAL INSURANCE COMPANY and PAH MANAGEMENT, LLC.

**RESPECTFULLY SUBMITTED,**

___/s/ William E. Mura, Jr._____
**WILLIAM E. MURA, JR. (#9834)**
**WARREN A. FORSTALL, JR. (#5717)**
320 N. Carrollton Avenue, Suite 200
New Orleans, LA 70119
Telephone:     (504) 483-3400
Facsimile:     (504) 483-3447
**ATTORNEYS FOR PLAINTIFF**

**PLEASE SERVE:**
**WITH ORIGINAL PETITION**

PAH MANAGEMENT, LLC
through its registered agent for service:
Cogency Global, Inc,
3867 Plaza Tower Drive., First Floor
Baton Rouge, LA 70816